## CRONE v. DUNCAN *et al.*

No. 2484.   Opinion Filed January 7, 1913.

(129 Pac. 711.)

**APPEAL AND ERROR**—Dismissal—Failure to File Briefs. A cause having been duly assigned for hearing, and being reached on the calendar in due course, no briefs having been filed as required by rule 7 (20 Okla. viii, 95 Pac. vi), the same will be dismissed.

(Syllabus by Sharp, C.)

*Error from Superior Court, Oklahoma County;*
*A. N. Munden, Judge.*

Action by Walter F. Duncan and Lela Duncan, doing business under the firm name and style of the Duncan Millinery Company, against P. M. Crone. From a judgment in favor of plaintiffs for $500, defendant brings error. Dismissed.

*Burwell, Crockett & Johnson,* for defendants in error.

Opinion by SHARP, C. The petition in error, with case-made attached, was filed in this court April 3, 1911. The cause was duly assigned for hearing at the December, 1912, term, and, being reached in due course on the calendar, it appears that no briefs have been filed as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi).

It follows that the appeal should be dismissed for want of prosecution.

By the Court: It is so ordered.